1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    AUMINTRIUS DAMOUR GUNN,                    No.  2:21-CV-0569-DMC-P

12                    Plaintiff,

13         v.                                    ORDER

14    STANTON CORRECTIONAL
      FACILITY, et al.,
15
                      Defendants.
16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C.

18    § 1983. Before the Court is Plaintiff's motion to proceed in forma pauperis. ECF No. 4. Plaintiff

19    has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's

20    request to proceed in forma pauperis is, therefore, granted.

21              IT IS SO ORDERED.

22

23
      Dated:  July 13, 2021
24                                              _____
25                                              DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                  1